UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-89 VBF (FFM) | Date | June 22, 2010 |
|---|---|---|---|
| Title | MAURICE BUTLER v. DERRAL G. ADAMS, WARDEN, C.S.P. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

On January 6, 2010, petitioner Maurice Butler filed with this Court a Petition for Writ of Habeas Corpus. On January 11, 20109, this Court dismissed the petition with leave to amend and granted petitioner up to February 10, 2010 to file an amended petition.

On February 3, 2010, petitioner filed a motion for stay. On April 21, 2010, the Court denied petitioner's motion for stay and granted the option of filing an amended petition, deleting the unexhausted Ground Three or doing nothing, in which case the Court would issue a Report and Recommendation that Ground Three be dismissed without prejudice. The last day for petitioner to file an amended petition has passed and the Court has not received any amended petition.

Petitioner is ordered to advise the Court within twenty (20) days of the date of this order whether he wishes to dismiss the entire petition or proceed with only the exhausted claims in the pending petition.

Failure to file a timely response to this order will be deemed consent to the dismissal of the unexhausted claims from this action.

|  | : |
|---|---|
| Initials of Preparer | JM |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-89 VBF (FFM) | Date | June 22, 2010 |
|---|---|---|---|
| Title | MAURICE BUTLER v. DERRAL G. ADAMS, WARDEN, C.S.P. | | |