FILED
CLERK, U.S. DISTRICT COURT

SEP 14 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MAURICE BUTLER,

        Petitioner,

v.

DERRAL G. ADAMS, WARDEN, C.S.P.,

        Respondent.

No. CV 10-89 VBF (FFM)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Ground Three is dismissed from the Petition without prejudice for failure to exhaust.

DATED: 9-14-10

VALERIE BAKER FAIRBANK
United States District Judge