# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE BUTLER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DERRAL G. ADAMS,<br><br>　　　　Respondent. | CASE No. CV 10-89 VBF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 6/22/12

　　　　　　　　　　　　　　　　　　　　_/s/ Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　United States District Judge